**Electronically Filed
Supreme Court
SCWC-18-0000502
20-JUN-2019
09:06 AM**

SCWC-18-0000502

IN THE SUPREME COURT OF THE STATE OF HAWAIʻI

---

DWIGHT J. VICENTE,
Petitioner/Claimant-Appellant-Appellant,

vs.

HILO MEDICAL INVESTORS, LTD.,
Respondent/Employer-Appellee-Appellee,

and

AMERICAN HOME ASSURANCE COMPANY/AIG CLAIMS SERVICES,
Respondent/Insurance Carrier-Appellee, and JOHN MULLEN & COMPANY,
INC., Respondent/Insurance Carrier-Appellee.

---

CERTIORARI TO THE INTERMEDIATE COURT OF APPEALS
(CAAP-18-0000502; CASE NO. AB 2015-259(H)(S); DCD NO. 1-87-00882)

ORDER DENYING "MOTION TO RECONSIDER"
(By: Recktenwald, C.J., Nakayama, McKenna, Pollack, and Wilson, JJ.)

On June 12, 2019, petitioner/claimant-appellant Dwight J.

Vicente filed a "Motion to Reconsider," in which he asks this

court to reconsider the June 5, 2019 order rejecting his

application for writ of certiorari. A rejection of an

application for writ of certiorari, however, is not subject to

reconsideration. See HRAP Rule 40.1(h) ("Neither acceptance nor

rejection of an application for a writ of certiorari shall be

subject to a motion for reconsideration in the supreme court. The rejection of an application for certiorari shall be final."). Accordingly,

IT IS HEREBY ORDERED that the "Motion to Reconsider" is denied.

DATED:  Honolulu, Hawaiʻi, June 20, 2019.

/s/ Mark E. Recktenwald

/s/ Paula A. Nakayama

/s/ Sabrina S. McKenna

/s/ Richard W. Pollack

/s/ Michael D. Wilson

